IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 02: 03cr239 |
| ) | 02: 05cv1395 |
| JOHN CANGELIER, ) | |
| Petitioner ) | |

**ORDER OF COURT**

**AND NOW,** this 5th day of December, 2005, upon Petitioner John Cangelier having filed a MOTION TO WITHDRAW (*Document No. 100*) in which he seeks to withdraw his previously filed Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. 2255 (*Document No. 96*),

It is hereby **ORDERED, ADJUDGED AND DECREED** that said Motion to Withdraw is **GRANTED**.  The Clerk shall marked this case closed.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:   James H. Love,
      Assistant U.S. Attorney
      Email: james.love@usdoj.gov

      John Cangelier, 04480-068
      USP Lewisburg
      U.S. Penitentiary
      P. O. Box 1000
      Lewisburg, PA 17837